EXHIBIT "A"

UNITED STATES DISTRICT **COURT:**

~~COUNTY OF~~ EASTERN DISTRICT: ~~STATE OF~~ NEW YORK

SANTOS HERNANDEZ, FERDIS DELGADO AND MANUEL CAMPOS on behalf of themselves and others similarly situated, *Plaintiff(s)*

against

QUALITY BLACKTOP SERVICES, INC., et al., *Defendant(s)*

Civil Action
~~Index~~ No. CV-18 4862
Date Filed 08/27/18

**STATE OF NEW YORK, COUNTY OF SUFFOLK     SS:**

PETER J. GUTHY, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in New York State.

That on September 13, 2018 at 1:48 P.M at 103 Maple Avenue, Smithtown, New York (Lower Level Office in Residence) deponent served the within summons in a civil action and complaint upon Steven Hellerman, one of the defendant(s) therein named which summons indicated on it's face the index number and date filed.

**INDIVIDUAL 1. ☐** by delivering a true *copy* of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2. ☐** a *domestic* corporation by delivering a true copy of *each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant.

**SUITABLE AGE PERSON 3. ☒** by delivering thereat a true copy of *each* to Eileen Green, co-worker, a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling house—usual place of abode—within the state. (Office, place of business and residence)

**AFFIXING TO DOOR 4. ☐** by affixing a true copy of *each* to the door of said premises, which is defendant's—actual place of business—dwelling house—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called thereon.

and confirming residence of defendant with                                                                                                     a neighbor,
at                                                                                                                                                              who also denied
knowledge of defendant's place of employment or work hours.

**OTHER 5. ☐** by delivering a true copy of each to said defendant by leaving thereat personally with who is duly authorized to accept thereof.

**MAILING TO RESIDENCE USE WITH 3 OR 4 ☒** On September 18, 2018 Deponent enclosed a copy of same in postpaid envelope properly addressed to defendant at defendant's last known residence at 103 Maple Avenue, Smithtown, NY 11787 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 ☐** Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION ☒** Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of services as follows:

Sex __female__ Color __white__ Hair __brown__ Appox. Age __45__ Hgt. __5-7__ Wgt. __145__ Other __glasses__

**MILITARY SERVICE ☒** I asked the person spoken to, Eileen Green, whether defendant was in active military service of the United States or of the State of New York in any capacity and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statues.

Sworn before me on September 18, 2018

*Donna Kempner* (signature)                                                                         PETER J. GUTHY (signature)

DONNA KEMPNER
Notary Public, State of New York
No. 01KE5064837
Qualified in Suffolk County
Commission Expires August 26, 2022

UNITED STATES DISTRICT **COURT:**

~~COUNTY OF~~ EASTERN DISTRICT: ~~STATE~~ OF NEW YORK

SANTOS HERNANDEZ, FERDIS DELGADO AND MANUEL CAMPOS on behalf of themselves and others similarly situated,
*Plaintiff(s)*
against
QUALITY BLACKTOP SERVICES, INC., et al.,
*Defendant(s)*

Civil Action
~~Index~~ No. CV-18 4862
Date Filed 08/27/18

**STATE OF NEW YORK, COUNTY OF SUFFOLK      SS:**

PETER J. GUTHY, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in New York State.

That on September 13, 2018 at 1:48 P.M at 103 Maple Avenue, Smithtown, New York (Lower Level Office in Residence) deponent served the within summons in a civil action and complaint upon Karline Hellerman, one of the defendant(s) therein named which summons indicated on it's face the index number and date filed.

INDIVIDUAL 1. ☐ by delivering a true *copy* of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☐ a *domestic* corporation by delivering a true copy of *each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant.

SUITABLE AGE PERSON 3. ☒ by delivering thereat a true copy of *each* to Eileen Green, co-worker, a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling house—usual place of abode—within the state. (Office, place of businness and residence)

AFFIXING TO DOOR 4. ☐ by affixing a true copy of *each* to the door of said premises, which is defendant's—actual place of business—dwelling house—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thererat, having called thereon.

and confirming residence of defendant with at knowledge of defendant's place of employment or work hours. a neighbor, who also denied

OTHER 5. ☐ by delivering a true copy of each to said defendant by leaving thereat personally with who is duly authorized to accept thereof.

On September 18, 2018

MAILING TO RESIDENCE USE WITH 3 OR 4 ☒ Deponent enclosed a copy of same in postpaid envelope properly addressed to defendant at defendant's last known residence at 103 Maple Avenue, Smithtown, NY   11787   and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 ☐ Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION ☒ Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of services as follows:
Sex female   Color white   Hair brown   Appox. Age 45   Hgt. 5-7   Wgt. 145   Other glasses

MILITARY SERVICE ☒ I asked the person spoken to, Eileen Green, whether defendant was in active military service of the United States or of the State of New York in any capacity and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statues.

Sworn before me on September 18, 2018

*Donna Kempner*

DONNA KEMPNER
Notary Public, State of New York
No. 01KE5064837
Qualified in Suffolk County
Commission Expires August 26, 2022

PETER J. GUTHY

UNITED STATES DISTRICT **COURT:**

~~COUNTY OF~~ EASTERN DISTRICT ~~STATE~~ OF NEW YORK

SANTOS HERNANDEZ, FERDIS DELGADO AND MANUEL CAMPOS on behalf of themselves and others similarly situated, *Plaintiff(s)*

against

QUALITY BLACKTOP SERVICES, INC., et al., *Defendant(s)*

Civil Action
~~Index~~ No. CV-18 4862
Date Filed 08/27/18

STATE OF NEW YORK, COUNTY OF SUFFOLK     SS:

PETER J. GUTHY, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in New York State.

That on September 13, 2018 at 1:48 P.M at 103 Maple Avenue, Smithtown, New York (Lower Level Office) deponent served the within summons in a civil action and complaint upon Steve Hellerman Driveway Corp., one of the defendant(s) therein named which summons indicated on it's face the index number and date filed.

**INDIVIDUAL** 1. ☐ by delivering a true *copy* of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION** 2. ☒ a *domestic* corporation by delivering a true copy of *each* to Eileen Green, Managing Agent, personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant.

**SUITABLE AGE PERSON** 3. ☐ by delivering thereat a true copy of *each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling house—usual place of abode—within the state.

**AFFIXING TO DOOR** 4. ☐ by affixing a true copy of *each* to the door of said premises, which is defendant's—actual place of business—dwelling house—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thererat, having called thereon.

and confirming residence of defendant with
at                                                                             a neighbor,
knowledge of defendant's place of employment or work hours.           who also denied

**OTHER** 5. ☐ by delivering a true copy of each to said defendant by leaving thereat personally with
                                                                who is duly authorized to accept thereof.

**MAILING TO RESIDENCE** USE WITH 3 OR 4 ☐ Deponent enclosed a copy of same in postpaid envelope properly addressed to defendant at defendant's last known residence at                                      and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS** USE WITH 3 OR 4 ☐ Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at                                      in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION** ☒ Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of services as follows:
Sex female Color white Hair brown Appox. Age 45 Hgt. 5-7 Wgt. 145 Other glasses

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statues.

Sworn before me on September 18, 2018

*Donna Kempner*                                         PETER J. GUTHY

DONNA KEMPNER
Notary Public, State of New York
No. 01KE5064837
Qualified in Suffolk County
Commission Expires August 26, 2022

UNITED STATES DISTRICT COURT:
~~COUNTY OF~~ EASTERN DISTRICT ~~STATE~~ OF NEW YORK

SANTOS HERNANDEZ, FERDIS DELGADO AND MANUEL CAMPOS on behalf of themselves and others similarly situated,
                                              *Plaintiff(s)*
against

QUALITY BLACKTOP SERVICES, INC., et al.,
                                              *Defendant(s)*

Civil Action
~~Index~~ No. CV-18-4862
Date Filed 08/27/18

STATE OF NEW YORK, COUNTY OF SUFFOLK    SS:

PETER J. GUTHY, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in New York State.

That on September 13, 2018 at 1:48 P.M at 103 Maple Avenue, Smithtown, New York (Lower Level Office) deponent served the within summons in a civil action and complaint upon Quality Blacktop Services, Inc., one of the defendant(s) therein named which summons indicated on it's face the index number and date filed.

**INDIVIDUAL 1.** ☐ by delivering a true *copy* of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a *domestic* corporation by delivering a true copy of *each* to Eileen Green, Managing Agent, personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of *each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling house—usual place of abode—within the state.

**AFFIXING TO DOOR 4.** ☐ by affixing a true copy of *each* to the door of said premises, which is defendant's—actual place of business—dwelling house—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called thereon.

and confirming residence of defendant with
at                                                                                              a neighbor,
knowledge of defendant's place of employment or work hours.                                     who also denied

**OTHER 5.** ☐ by delivering a true copy of each to said defendant by leaving thereat personally with
                                                                                who is duly authorized to accept thereof.

**MAILING TO RESIDENCE USE WITH 3 OR 4** ☐ Deponent enclosed a copy of same in postpaid envelope properly addressed to defendant at defendant's last known residence at
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4** ☐ Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION** ☒ Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of services as follows:
Sex female Color white Hair brown Appox. Age 45 Hgt. 5-7 Wgt. 145 Other glasses

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statues.

Sworn before me on September 18, 2018

*Donna Kempner* (signature)                                     *Peter J. Guthy* (signature)
DONNA KEMPNER                                                    PETER J. GUTHY
Notary Public, State of New York
No. 01KE5064837
Qualified in Suffolk County
Commission Expires August 26, 2022