EXHIBIT "B"

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 25, 2019.

Selected Entity Name: QUALITY BLACKTOP SERVICES, INC.
Selected Entity Status Information
**Current Entity Name:** QUALITY BLACKTOP SERVICES, INC.
**DOS ID #:** 2131136
**Initial DOS Filing Date:** APRIL 08, 1997
**County:** SUFFOLK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
QUALITY BLACKTOP SERVICES, INC.
P.O. BOX 782
SMITHTOWN, NEW YORK, 11787

**Chief Executive Officer**
KARLINE HELLERMAN
600 JOHNSON AVE
STE C7
BOHEMIA, NEW YORK, 11716

**Principal Executive Office**
QUALITY BLACKTOP SERVICES, INC.
600 JOHNSON AVE
STE C7
BOHEMIA, NEW YORK, 11716