EXHIBIT "E"

Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 2 of 20 PageID #: 203

Prevailing Wage Rates for 07/01/2012 - 06/30/2013              Published by the New York State Department of Labor
Last Published on Jul 01 2012                                                                      Suffolk County

| | |
|---|---|
| 3rd Term | $19.12 |
| 4th Term | $19.23 |

4-66

## Laborer - Heavy&Highway                                                                07/01/2012

**JOB DESCRIPTION** Laborer - Heavy&Highway                        **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Laborer (Heavy/Highway):
GROUP # 1: Asphalt Rakers, Concrete Curb Formsetters.
GROUP # 2: Asphalt Shovelers, Roller Boys and Tampers.
GROUP # 3: Basic Laborer, Power Tool(Jackhammer), Landscape Construction, Traffic Control Personnel(flaggers)

WAGES PER HOUR:
                                07/01/2012
GROUP # 1
Base Wage                       $37.42
Additional per hour               4.82

GROUP # 2
Base Wage                       $36.34
Additional per hour               4.82

GROUP # 3
Base Wage                       $33.05
additional per hour               4.82

**SUPPLEMENTAL BENEFITS**
Per Hour:
ALL GROUPS                      $ 29.25

After Forty (40)paid
Hours in a work Week
OVERTIME PAY                    $ 14.92

**OVERTIME PAY**
OVERTIME PAY
See (B, E2, F) on OVERTIME PAGE
NOTES: Premium Pay to be calculated on "base wage" only.
Premium Pay of 30% of base wage for all Straight time hours on all New York State, D.O.T. and other Goverment Mandated Off-Shift Work.
Hazardous Material Work add an Additional 10% of base wage

**HOLIDAY**
HOLIDAY
Paid: See (1) on HOLIDAY PAGE
Overtime: See (1) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
2000 hour(s) Terms at the following Pecentage of the Journeyman's Wage:

1st 0-1999/Hrs
 80%

2nd 2000-3999/Hrs
 90%

Supplemental Benefits per hour:

All APPRENTICES                 $24.73

After Forty(40) paid hours
in a work Week                  $14.92

4-1298

## Mason                                                                                  07/01/2012

**JOB DESCRIPTION** Mason                                          **DISTRICT** 4

| | |
|---|---|
| 2nd Term | 60% |
| 3rd Term | 70% |

Supplement Benefits per hour paid:
Apprentices:

| | |
|---|---|
| 1st term | $ 22.05 |
| 2nd term | 24.09 |
| 3rd term | 26.13 |

4-780

### Mason - Heavy&Highway                                                                                                    07/01/2012

**JOB DESCRIPTION** Mason - Heavy&Highway                                                     **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:                                    07/01/2012

Pointer, Cleaner &
Caulkers                                     $ 44.56

**SUPPLEMENTAL BENEFITS**
Per Hour:

Pointer, Cleaners &                          $ 20.81
Caulkers

**OVERTIME PAY**
See (B, E2, H) on OVERTIME PAGE

**HOLIDAY**
Paid:          See (1) on HOLIDAY PAGE
Overtime:      See (5, 6, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages per hour:

One (1) year terms at the following wage rates.

| | 07/01/2012 | | |
|---|---|---|---|
| 1st | 2nd | 3rd | 4th |
| $25.40 | $28.76 | $33.43 | $39.92 |

Apprentices Supplemental Benefits:
(per hour paid)

| | | | |
|---|---|---|---|
| $3.05 | $7.00 | $10.00 | $10.00 |

4-1PCC

### Operating Engineer - Building                                                                                 07/01/2012

**JOB DESCRIPTION** Operating Engineer - Building                                              **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
BUILDING CATEGORIES:

CLASS " AA "CRANES:
Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane & Pile Driver.

CLASS "A":
Asphalt Spreader, Backhoe Crawler/Hydraulic Excavator(360 upto & over 150,000lbs),Boiler, Boring Machine, Cherry Picker(over 70 tons),
Concrete Pump, Gradall, Grader, Hoist, Loading Machine(10 yds. or more), Milling Machine, Power Winch-Stone Setting/Structural Steel &
Truck Mounted, Powerhouse, Road Paver, Scoop-Carryall-Scraper in Tandem, Steam Shovel, Sideboom Tractor, Stone
Spreader(selfpropelled),
Tank Work, Tower Crane Engineer.

CLASS "B":
Backhoe(other than 360), Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 Tons), Conveyor-Multi, Dinkey
Locomotive, Fork Lift, Hoist(2 Drum), Loading Machine & Front Loader, Mulch Machine(Machine Fed), Power Winches(Not Included in Class

"A": Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scaper, Skid Loader/Skid Steer, Maintenance Man on Tower Crane, Trenching Machine, Vermeer Cutter, Work Boat.

CLASS "C":
Curb Machine(asphalt & Concrete), Maintenance Engineer(Small Equip. & Well Point), Field Mechanic, Milling Machine(Small), Pulvi Mixer, Pumps(all), Roller(dirt), Ridge Cutter, Vac-All, Jet Pump, Shotblaster, Interior Hoist, Concrete Finish Machine, ConcreteSpreader, Conveyer, Curing Machine, Hoist(one drum).

CLASS "D":
Concrete Breaker, Concrete Saw/Cutter, Fork Life or Walk Behind (power operated), Generator, Hydra Hammer, Compactors(mechanical or hand operated), Pin Puller, Portable Heaters, Power Booms, Power Buggies, Pump(double action diaphragm).

CLASS "E":
Batching Plant, Generator, Grinder, Mixer, Mulching Machine, Oiler, Pump(gypsum), Pump(single action diaphragm), Stump Chipper, Track Tamper, Tractor(caterpiller or wheel), Vibrator, Deckhand on Workboat.

|  | 07/01/2012 |
|---|---|
| Class "AA" | $ 63.69 |

Cranes: Boom length over 100 feet add $ 1.00 per hour
" " " 150 " " $ 1.50 " "
" " " 250 " " $ 2.00 " "
" " " 350 " " $ 3.00 " "

| Class "A" | $ 53.31* |
|---|---|

*Add $3.50 for Hazardous Waste Work

| Class "B" | $ 50.63* |
|---|---|

*Add $2.50 for Hazardous Waste Work

| Class "C" | $ 48.84* |
|---|---|

*Add $1.50 for Hazardous Waste Work

| Class "D" | $ 45.23* |
|---|---|

*Add $1.00 for Hazardous Waste Work

| Class "E" | $ 43.42 |
|---|---|

**SUPPLEMENTAL BENEFITS**
Per Hour:

|  | 07/01/2012 |
|---|---|
| ALL CLASSES | $ 29.94 |
| NOTE: Overtime Rate | $ 22.85 |

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 6, 25) on HOLIDAY PAGE
Overtime: See (5, 6, 25) on HOLIDAY PAGE
"NOTE" Employee must be Employed day before
and day after Holiday to recieve Holiday Pay.

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Rate:

| 1st Term | $ 20.84 |
|---|---|
| 2nd Term | 21.67 |
| 3rd Term | 22.33 |

Supplemental Benefits per hour:

| APPRENTICES | $ 15.89 |
|---|---|

Prevailing Wage Rates for 07/01/2013 - 06/30/2014    Published by the New York State Department of Labor
Last Published on Jul 01 2013                                                                        Suffolk County

Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 5 of 20 PageID #: 206

Benifits per hour
Building Laborer
    1st Term                $16.77
    2nd Term              $18.87
    3rd Term              $19.64
    4th Term              $19.64

4-66

## Laborer - Heavy&Highway                                                                07/01/2013

**JOB DESCRIPTION** Laborer - Heavy&Highway            **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Laborer (Heavy/Highway):
GROUP # 1: Asphalt Rakers, Concrete Curb Formsetters.
GROUP # 2: Asphalt Shovelers, Roller Boys and Tampers.
GROUP # 3: Basic Laborer, Power Tool(Jackhammer), Landscape Construction, Traffic Control Personnel(flaggers)

WAGES PER HOUR:
                      07/01/2013
GROUP # 1
Total Wage Paid           $43.47
"Base Wage"              $38.55

GROUP # 2
Total Wage Paid           $42.36
"Base Wage"              $37.44

GROUP # 3
Total Wage Paid           $38.97
"Base Wage"              $34.05

NOTE: "Base Wage" for Premium/Overtime calculation Only.
      $4.92 is differance between "Base" and "Total"

**SUPPLEMENTAL BENEFITS**
Per Hour:
ALL GROUPS             $ 25.51

After Forty (40)paid
Hours in a work Week
OVERTIME PAY            $ 15.52

**OVERTIME PAY**
OVERTIME PAY
See (B, E2, F) on OVERTIME PAGE
NOTES: Premium/Overtime Pay to be calculated on "Base Wage" only"
Example Group# 3: $34.05 X Time and One Half = 51.08+$4.92 = $56.00
Premium Pay of 30% of base wage for all Straight time hours on all New York State, D.O.T. and other Goverment Mandated Off-Shift Work.
Hazardous Material Work add an Additional 10% of base wage

**HOLIDAY**
HOLIDAY
Paid: See (1) on HOLIDAY PAGE
Overtime: See (1) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
2000 hour(s) Terms at the following Pecentage of the Journeyman's Wage:

1st 0-1999/Hrs
 80%

2nd 2000-3999/Hrs
 90%

Supplemental Benefits per hour:

Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 6 of 20 PageID #: 207

Prevailing Wage Rates for 07/01/2013 - 06/30/2014          Published by the New York State Department of Labor
Last Published on Jul 01 2013                                                                    Suffolk County

Paid:            See (1) on HOLIDAY PAGE
Overtime:        See (5, 6, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages per hour:

One (1) year terms at the following wage rates.

|  | 07/01/2013 |  |  |  | 07/01/2014 |
|---|---|---|---|---|---|
|  | 1st | 2nd | 3rd | 4th | Additional |
|  | $25.00 | $27.25 | $32.23 | $38.66 | $ 1.80 to be Added* |

Additional $ 1.35* to be added 7/01/2013

*Additional Amount(s)to be added to Wages and or Benifits

Apprentices Supplemental Benefits:
(per hour paid)

| $3.64 | $8.59 | $11.34 | $11.34 |
|---|---|---|---|

4-1PCC

| **Operating Engineer - Building** | 07/01/2013 |
|---|---|

**JOB DESCRIPTION** Operating Engineer - Building                    **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
BUILDING CATEGORIES:

CLASS " AA "CRANES:
Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane & Pile Driver.

CLASS "A":
Asphalt Spreader, Backhoe Crawler/Hydraulic Excavator(360 upto & over 150,000lbs),Boiler, Boring Machine, Cherry Picker(over 70 tons), Concrete Pump, Gradall, Grader, Hoist, Loading Machine(10 yds. or more), Milling Machine, Power Winch-Stone Setting/Structural Steel & Truck Mounted, Powerhouse, Road Paver, Scoop-Carryall-Scraper in Tandem, Steam Shovel, Sideboom Tractor, Stone Spreader(selfpropelled),
Tank Work, Tower Crane Engineer.

CLASS "B":
Backhoe(other than 360), Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 Tons), Conveyor-Multi, Dinkey Locomotive, Fork Lift, Hoist(2 Drum), Loading Machine & Front Loader, Mulch Machine(Machine Fed), Power Winches(Not Included in Class "A"), Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scaper, Skid Loader/Skid Steer, Maintenance Man on Tower Crane,Trenching Machine, Vermeer Cutter, Work Boat.

CLASS "C":
Curb Machine(asphalt & Concrete), Maintenance Engineer(Small Equip. & Well Point), Field Mechanic, Milling Machine(Small), Pulvi Mixer, Pumps(all), Roller(dirt), Ridge Cutter, Vac-All, Jet Pump, Shotblaster, Interior Hoist, Concrete Finish Machine, ConcreteSpreader, Conveyer, Curing Machine, Hoist(one drum).

CLASS "D":
Concrete Breaker, Concrete Saw/Cutter, Fork Life or Walk Behind (power operated), Generator, Hydra Hammer, Compactors(mechanical or hand operated), Pin Puller, Portable Heaters, Power Booms, Power Buggies, Pump(double action diaphragm).

CLASS "E":
Batching Plant, Generator, Grinder, Mixer, Mulching Machine, Oiler, Pump(gypsum), Pump(single action diaphragm), Stump Chipper, Track Tamper, Tractor(caterpiller or wheel), Vibrator, Deckhand on Workboat.

07/01/2013

Class "AA"                     $ 66.92
Cranes: Boom length over 100 feet add $ 1.00 per hour
" " " 150 " " $ 1.50 " "
" " " 250 " " $ 2.00 " "
" " " 350 " " $ 3.00 " "

Class "A"                      $ 55.85*

*Add $3.50 for Hazardous Waste Work

Class "B"                           $ 53.06*

*Add $2.50 for Hazardous Waste Work

Class "C"                           $ 51.20*

*Add $1.50 for Hazardous Waste Work

Class "D"                           $ 47.44*

*Add $1.00 for Hazardous Waste Work

Class "E"                           $ 45.56

**SUPPLEMENTAL BENEFITS**
Per Hour:
                                    07/01/2013

ALL CLASSES                         $ 30.45

NOTE: Overtime Rate                 $ 22.85

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid:       See (5, 6, 15, 16, 25) on HOLIDAY PAGE
Overtime:   See (5, 6, 15, 16, 25) on HOLIDAY PAGE
"NOTE" Employee must be Employed day before
and day after Holiday to recieve Holiday Pay.

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Rate:

1st Term            $ 20.84
2nd Term              21.67
3rd Term              22.33

Supplemental Benefits per hour:

APPRENTICES         $ 15.89
Note:
OVERTIME AMOUNT     $ 5.85

4-138

| Operating Engineer - Building / Heavy&Highway | | 07/01/2013 |
|---|---|---|

JOB DESCRIPTION   Operating Engineer - Building / Heavy&Highway               DISTRICT 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:           07/01/2013

Well Driller        $ 33.98

Well Driller
Helper              $ 29.76

Hazardous Waste Differential
Added to Hourly Wage:
Level A             $ 3.00
Level B               2.00
Level C               1.00

Monitoring Well Work
Add to Hourly Wage:
Level A             $ 3.00
Level B               2.00

Prevailing Wage Rates for 07/01/2014 - 06/30/2015   Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 8 of 20 PageID #: 209
Last Published on Jul 01 2014                                                                    Published by the New York State Department of Labor
                                                                                                                                 Suffolk County

| | |
|---|---|
| Building Laborer | $ 35.65 |
| Asbestos Abatement Workers (Re-Roofing Removal see Roofer) | 36.00   Additional $ 0.50* |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| Building Laborer | $ 26.16 |
| Asbestoes Abatment Worker | 15.45 |

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE
See also(H)for Fire Watch on OVERTIME PAGE
Asbestos Worker See (B, H)

**HOLIDAY**
Paid:             See (1) on HOLIDAY PAGE
Overtime:       See (5, 6, 25) on HOLIDAY PAGE
Asbestos Worker see (5,6,8 &28)

**REGISTERED APPRENTICES**
Regular Hours Work Terms
TERM #1    1 hr to 1000hrs
TERM #2    1001hrs to 2000hrs
TERM #3    2001hrs to 3000hrs
TERM #4    3001hrs to 4000hrs

Wages per hour:
| | |
|---|---|
| 1st Term | $ 16.60 |
| 2nd Term | 19.45 |
| 3rd Term | 22.85 |
| 4th Term | 27.12 |

Benifits per hour
| | |
|---|---|
| 1st Term | $ 16.77 |
| 2nd Term | 18.87 |
| 3rd Term | 19.64 |
| 4th Term | 19.64 |

4-66

---

**Laborer - Heavy&Highway**                                                                                    07/01/2014

**JOB DESCRIPTION** Laborer - Heavy&Highway                          **DISTRICT 4**

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Laborer (Heavy/Highway):
GROUP # 1: Asphalt Rakers, Concrete Curb Formsetters.
GROUP # 2: Asphalt Shovelers, Roller Boys and Tampers.
GROUP # 3: Basic Laborer, Power Tool(Jackhammer), Landscape Construction, Traffic Control Personnel(flaggers)

WAGES PER HOUR:

| | 07/01/2014 | 06/01/2015 Additional |
|---|---|---|
| **GROUP # 1** | | |
| Total Wage Paid | $ 44.85 | 4% of Total Package* |
| "Base Wage" | 39.68 | |
| **GROUP # 2** | | |
| Total Wage Paid | $ 43.71 | 4% of Total Package* |
| "Base Wage" | 38.54 | |
| **GROUP # 3** | | |
| Total Wage Paid | $ 40.22 | 4% of Total Package* |
| "Base Wage" | 35.05 | |

NOTE: "Base Wage" for Premium/Overtime calculation Only.  $5.17 is differance between "Base" and "Total"

Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 9 of 20 PageID #: 210

Prevailing Wage Rates for 07/01/2014 - 06/30/2015    Published by the New York State Department of Labor
Last Published on Jul 01 2014                                                                    Suffolk County

(*) To be allocated at a later date

**SUPPLEMENTAL BENEFITS**
Per Hour:
ALL GROUPS                          $ 25.95

After Forty (40) paid
Hours in a work Week
OVERTIME PAY                        $ 15.96

**OVERTIME PAY**
OVERTIME PAY
See (B, E2, F) on OVERTIME PAGE
NOTES: Premium/Overtime Pay to be calculated on "Base Wage" only"
Example Group# 3: $35.05 X Time and One Half = 52.58+$5.17 = $57.75.
Premium Pay of 30% of base wage for all Straight time hours on all New York State, D.O.T. and other Goverment Mandated Off-Shift Work.
Hazardous Material Work add an Additional 10% of base wage

**HOLIDAY**
HOLIDAY
Paid: See (1) on HOLIDAY PAGE
Overtime: See (1) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
2000 hour(s) Terms at the following Pecentage of the Journeyman's Wage:

1st 0-1999/Hrs                      80%

2nd 2000-3999/Hrs                   90%

Supplemental Benefits per hour:

All APPRENTICES                     $ 25.95

After Forty(40) paid hours
in a work Week                      $ 15.96

                                                                                                4-1298

### Mason                                                                              07/01/2014

**JOB DESCRIPTION** Mason                                            **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:                           07/01/2014

Brick/Blocklayer                    $53.71

**SUPPLEMENTAL BENEFITS**
Per Hour:

Brick/Block Layer                   $23.18

**OVERTIME PAY**
See (A, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:          See (1) on HOLIDAY PAGE
Overtime:      See (5, 6, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
(800 hour) Terms at the following Percentage of Journeyworkers Wage:

| 1st | 2nd | 3rd | 4th | 5th |
|-----|-----|-----|-----|-----|
| 50% | 60% | 70% | 80% | 90% |

Supplemental Benefits per hour:

All Apprentices                     $ 14.90

                                                                                                4-1Brk

Prevailing Wage Rates for 07/01/2014 - 06/30/2015 Published by the New York State Department of Labor
Last Published on Jul 01 2014
Case 2:18-cv-04862-RML  Document 32-5  Filed 08/24/20  Page 10 of 20 PageID #: 211
Suffolk County

| JOB DESCRIPTION | Mason – Heavy&Highway | DISTRICT 4 |

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour: 07/01/2014

Pointer, Caulkers & Cleaners    $47.41

**SUPPLEMENTAL BENEFITS**
Per Hour:

Pointer, Cleaners & Caulkers    $ 24.60

**OVERTIME PAY**
See (B, E2, H) on OVERTIME PAGE

**HOLIDAY**
Paid:       See (1) on HOLIDAY PAGE
Overtime:   See (5, 6, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages per hour:

One (1) year terms at the following wage rates.

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| $25.01 | $27.25 | $32.24 | $38.66 |

Apprentices Supplemental Benefits:
(per hour paid)

| | | | |
|---|---|---|---|
| $4.75 | $9.70 | $12.45 | $12.45 |

4-1PCC

## Operating Engineer - Building                                    07/01/2014

| JOB DESCRIPTION | Operating Engineer - Building | DISTRICT 4 |

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
BUILDING CATEGORIES:

CLASS " AA "CRANES:
Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane & Pile Driver.

CLASS "A":
Asphalt Spreader, Backhoe Crawler/Hydraulic Excavator(360 upto & over 150,000lbs), Boiler, Boring Machine, Cherry Picker(over 70 tons), Concrete Pump, Gradall, Grader, Hoist, Loading Machine(10 yds. or more), Milling Machine, Power Winch-Stone Setting/Structural Steel & Truck Mounted, Powerhouse, Road Paver, Scoop-Carryall-Scraper in Tandem, Steam Shovel, Sideboom Tractor, Stone Spreader(selfpropelled), Tank Work, Tower Crane Engineer.

CLASS "B":
Backhoe(other than 360), Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 Tons), Conveyor-Multi, Dinkey Locomotive, Fork Lift, Hoist(2 Drum), Loading Machine & Front Loader, Mulch Machine(Machine Fed), Power Wincher(Not Included in Class "A"), Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scaper, Skid Loader/Skid Steer, Maintenance Man on Tower Crane, Trenching Machine, Vermeer Cutter, Work Boat.

CLASS "C":
Curb Machine(asphalt & Concrete), Maintenance Engineer(Small Equip. & Well Point), Field Mechanic, Milling Machine(Small), Pulvi Mixer, Pumps(all), Roller(dirt), Ridge Cutter, Vac-All(Truck), Jet Pump(Truck), Shotblaster, Interior Hoist, Concrete Finish Machine, Concrete Spreader, Conveyer, Curing Machine, Hoist(one drum).

CLASS "D":
Concrete Breaker, Concrete Saw/Cutter, Fork Life or Walk Behind (power operated), Generator, Hydra Hammer, Compactors(mechanical or hand operated), Pin Puller, Portable Heaters, Power Booms, Power Buggies, Pump(double action diaphragm).

CLASS "E":

Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 11 of 20 PageID #: 212

Prevailing Wage Rates for 07/01/2014 - 06/30/2015            Published by the New York State Department of Labor
Last Published on Jul 01 2014                                                                Suffolk County

Batching Plant, Generator, Grinder, Mixer, Mulching Machine, Oiler, Pump(gypsum), Pump(single action diaphragm), Stump Chipper, Track Tamper, Tractor(caterpiller or wheel), Vibrator, Deckhand on Workboat.

07/01/2014

| | |
|---|---|
| Class "AA" | $ 69.79 |

Cranes: Boom length over 100 feet add $ 1.00 per hour
" " " 150 " " $ 1.50 " "
" " " 250 " " $ 2.00 " "
" " " 350 " " $ 3.00 " "

| | |
|---|---|
| Class "A" | $ 58.28 |

Add $3.50 for Hazardous Waste Work

| | |
|---|---|
| Class "B" | $ 55.38 |

Add $2.50 for Hazardous Waste Work

| | |
|---|---|
| Class "C" | $ 53.44 |

Add $1.50 for Hazardous Waste Work

| | |
|---|---|
| Class "D" | $ 49.53 |

Add $1.00 for Hazardous Waste Work

| | |
|---|---|
| Class "E" | $ 47.58 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| All Classes | $ 31.45 |
| Overtime Rate | 24.35 |

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid:      See (5, 6, 15, 16, 25) on HOLIDAY PAGE
Overtime:  See (5, 6, 15, 16, 25) on HOLIDAY PAGE
"NOTE" Employee must be Employed day before and day after Holiday to recieve Holiday Pay.

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Rate:

| | |
|---|---|
| 1st Term | $ 20.84 |
| 2nd Term | 21.67 |
| 3rd Term | 22.33 |

Supplemental Benefits per hour:

| | |
|---|---|
| All Apprentices | $ 15.64 |
| Overtime Rate | 5.60 |

4-138

## Operating Engineer - Building / Heavy&Highway                                07/01/2014

**JOB DESCRIPTION** Operating Engineer - Building / Heavy&Highway          **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:        07/01/2014

| | |
|---|---|
| Well Driller | $ 33.98 |
| Well Driller Helper | $ 29.76 |

Hazardous Waste Differential
Added to Hourly Wage:

| | |
|---|---|
| Level A | $ 3.00 |
| Level B | 2.00 |

Prevailing Wage Rates for 07/01/2015 - 06/30/2016                                 Published by the New York State Department of Labor
Last Published on Jul 01 2015                                                                                                Suffolk County

Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 12 of 20 PageID #: 213

Regular Hours Work Terms
Term #1     1 hr to 1000hrs
Term #2     1001hrs to 2000hrs
Term #3     2001hrs to 3000hrs
Term #4     3001hrs to 4000hrs

Wages per hour:
    1st Term        $ 17.40
    2nd Term       20.13
    3rd Term        24.13
    4th Term        28.76

Benifits per hour
    1st Term        $ 18.15
    2nd Term       20.17
    3rd Term        21.24
    4th Term        21.24

4-66

**Laborer - Heavy&Highway**                                                                                       07/01/2015

**JOB DESCRIPTION** Laborer - Heavy&Highway                                   DISTRICT 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Laborer (Heavy/Highway):
GROUP # 1: Asphalt Rakers, Concrete Curb Formsetters.
GROUP # 2: Asphalt Shovelers, Roller Boys and Tampers.
GROUP # 3: Basic Laborer, Power Tool(Jackhammer), Landscape Construction, Traffic Control Personnel(flaggers)

WAGES PER HOUR:

|  | 07/01/2015 | 06/01/2016 |
|---|---|---|
| GROUP # 1 | | |
| Total Wage Paid | $ 46.76 | Additional |
| "Base Wage" | 41.17 | $2.95/Hr |
| | | |
| GROUP # 2 | | |
| Total Wage Paid | $ 45.57 | Additional |
| "Base Wage" | 39.98 | $2.89/Hr |
| | | |
| GROUP # 3 | | |
| Total Wage Paid | $ 41.94 | Additional |
| "Base Wage" | 36.35 | $2.75/Hr |

NOTE: "Base Wage" for Premium/Overtime calculation Only.  $5.59 is differance between "Base" and "Total"

**SUPPLEMENTAL BENEFITS**
Per Hour:
ALL GROUPS        $ 26.86

After Forty (40)paid
Hours in a work Week
OVERTIME PAY        $ 16.66

**OVERTIME PAY**
OVERTIME PAY
See (B, E2, F) on OVERTIME PAGE
NOTES: Premium/Overtime Pay to be calculated on "Base Wage" only"
Example Group# 3: $36.35 X Time and One Half = $53.18 + $5.59 = $58.77.
Premium Pay of 30% of base wage for all Straight time hours on all New York State, D.O.T. and other Goverment Mandated Off-Shift Work.
Hazardous Material Work add an Additional 10% of base wage

**HOLIDAY**
HOLIDAY
Paid: See (1) on HOLIDAY PAGE
Overtime: See (1) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
2000 hour(s) Terms at the following Pecentage of the Journeyman's Wage:

Prevailing Wage Rates for 07/01/2015 - 06/30/2016    Published by the New York State Department of Labor
Last Published on Jul 01 2015
Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 13 of 20 PageID #: 214
Suffolk County

**JOB DESCRIPTION** Mason - Heavy&Highway    **DISTRICT** 4

### ENTIRE COUNTIES
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

### WAGES
Per Hour:    07/01/2015

Pointer, Caulkers &    $ 47.41
Cleaners

### SUPPLEMENTAL BENEFITS
Per Hour:

Pointer, Cleaners &    $ 24.60
Caulkers

### OVERTIME PAY
See (B, E2, H) on OVERTIME PAGE

### HOLIDAY
Paid:    See (1) on HOLIDAY PAGE
Overtime:    See (5, 6, 25, 26) on HOLIDAY PAGE

### REGISTERED APPRENTICES
Wages per hour:

One (1) year terms at the following wage rates.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| | $ 25.01 | $ 27.25 | $ 32.24 | $ 38.66 |

Apprentices Supplemental Benefits:
(per hour paid)

| | | | | |
|---|---|---|---|---|
| | $ 4.75 | $ 9.70 | $ 12.45 | $ 12.45 |

4-1PCC

---

## Operating Engineer - Building    07/01/2015

**JOB DESCRIPTION** Operating Engineer - Building    **DISTRICT** 4

### ENTIRE COUNTIES
Nassau, Suffolk

### WAGES
BUILDING CATEGORIES:

CLASS "AA" CRANES:
Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane & Pile Driver.

CLASS "A":
Asphalt Spreader, Backhoe Crawler/Hydraulic Excavator(360 upto & over 150,000lbs),Boiler, Boring Machine, Cherry Picker(over 70 tons), Concrete Pump, Gradall, Grader, Hoist, Loading Machine(10 yds. or more), Milling Machine, Power Winch-Stone Setting/Structural Steel & Truck Mounted, Powerhouse, Road Paver, Scoop-Carryall-Scraper in Tandem, Steam Shovel, Sideboom Tractor, Stone Spreader(selfpropelled), Tank Work, Tower Crane Engineer.

CLASS "B":
Backhoe(other than 360), Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 Tons), Conveyor-Multi, Dinkey Locomotive, Fork Lift, Hoist(2 Drum), Loading Machine & Front Loader, Mulch Machine(Machine Fed), Power Wincher(Not Included in Class "A"), Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scaper, Skid Loader/Skid Steer, Maintenance Man on Tower Crane,Trenching Machine, Vermeer Cutter, Work Boat.

CLASS "C":
Curb Machine(asphalt & Concrete), Maintenance Engineer(Small Equip. & Well Point), Field Mechanic, Milling Machine(Small), Pulvi Mixer, Pumps(all), Roller(dirt), Ridge Cutter, Vac-All(Truck), Jet Pump(Truck), Shotblaster, Interior Hoist, Concrete Finish Machine, Concrete Spreader, Conveyer, Curing Machine, Hoist(one drum).

CLASS "D":
Concrete Breaker, Concrete Saw/Cutter, Fork Life or Walk Behind (power operated), Generator, Hydra Hammer, Compactors(mechanical or hand operated), Pin Puller, Portable Heaters, Power Booms, Power Buggies, Pump(double action diaphragm).

CLASS "E":

Batching Plant, Generator, Grinder, Mixer, Mulching Machine, Oiler, Pump(gypsum), Pump(single action diaphragm), Stump Chipper, Track Tamper, Tractor(caterpiller or wheel), Vibrator, Deckhand on Workboat.

|  | 07/01/2015 | 06/01/2016 |
|---|---|---|
|  |  | Additional |
| Class "AA" | $ 70.75 | $ 3.03/Hr |

Cranes: Boom length over 100 feet add $ 1.00 per hour
" " " 150 " " $ 1.50 " "
" " " 250 " " $ 2.00 " "
" " " 350 " " $ 3.00 " "

|  |  | Additional |
|---|---|---|
| Class "A" | $ 58.90 | $ 2.80/Hr |

Add $3.50 for Hazardous Waste Work

| Class "B" | $ 55.91 | 2.68/Hr |
|---|---|---|

Add $2.50 for Hazardous Waste Work

| Class "C" | $ 53.91 | 2.62/Hr |
|---|---|---|

Add $1.50 for Hazardous Waste Work

| Class "D" | $ 47.53 | 0.00 |
|---|---|---|

Add $1.00 for Hazardous Waste Work

| Class "E" | $ 45.58 | 0.00 |
|---|---|---|

**SUPPLEMENTAL BENEFITS**
Per Hour:

| All Classes | $ 33.55 |
|---|---|
| Overtime Rate | 24.35 |

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid:　　　　　See (5, 6, 15, 16, 25) on HOLIDAY PAGE
Overtime:　　See (5, 6, 15, 16, 25) on HOLIDAY PAGE
"NOTE" Employee must be Employed day before
and day after Holiday to recieve Holiday Pay.

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Rate:

| 1st Term | $ 20.84 |
|---|---|
| 2nd Term | 21.67 |
| 3rd Term | 22.33 |

Supplemental Benefits per hour:

| All Apprentices | $ 15.64 |
|---|---|
| Overtime Rate | 5.60 |

4-138

---

## Operating Engineer - Building / Heavy&Highway　　　　　　　　　　　　　　　　07/01/2015

**JOB DESCRIPTION** Operating Engineer - Building / Heavy&Highway　　　　**DISTRICT 4**

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:　　　　07/01/2015　　　　08/01/2015

| Well Driller | $ 34.50 | $ 35.19 |
|---|---|---|

| Well Driller Helper | $ 30.20 | $ 30.80 |
|---|---|---|

Hazardous Waste Differential
Added to Hourly Wage:
| Level A | $ 3.00 |
|---|---|
| Level B | 2.00 |

**JOB DESCRIPTION** Laborer - Heavy&Highway                                                  **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Laborer (Heavy/Highway):
GROUP # 1: Asphalt Rakers, Concrete Curb Formsetters.
GROUP # 2: Asphalt Shovelers, Roller Boys and Tampers.
GROUP # 3: Basic Laborer, Power Tool(Jackhammer), Landscape Construction, Traffic Control Personnel(flaggers)

WAGES PER HOUR:

|  | 07/01/2016 | 06/01/2017 |
|---|---|---|
| GROUP # 1 |  |  |
| Total Wage Paid | $ 48.32 | Additional |
| "Base Wage" | 42.37 | $ 2.31 |
|  |  |  |
| GROUP # 2 |  |  |
| Total Wage Paid | $ 47.08 | Additional |
| "Base Wage" | 41.13 | $ 2.27 |
|  |  |  |
| GROUP # 3 |  |  |
| Total Wage Paid | $ 43.30 | Additional |
| "Base Wage" | 37.35 | $ 2.16 |

NOTE: "Base Wage" for Premium/Overtime calculation Only.  $5.95 is differance between "Base" and "Total"

**SUPPLEMENTAL BENEFITS**
Per Hour:
ALL GROUPS                                $ 28.29

After Forty (40)paid hours in a work week
OVERTIME PAY                              $ 17.66

**OVERTIME PAY**
OVERTIME PAY
See (B, E2, F) on OVERTIME PAGE
NOTES: Premium/Overtime Pay to be calculated on "Base Wage" only"
Example Group# 3: $37.35 X Time and One Half = $56.02 + $5.95 = $61.97
Premium Pay of 30% of base wage for all Straight time hours on all New York State, D.O.T. and other Goverment Mandated Off-Shift Work.
Hazardous Material Work add an Additional 10% of base wage

**HOLIDAY**
HOLIDAY
Paid: See (1) on HOLIDAY PAGE
Overtime: See (1) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
1000 hour(s) Terms at the following Pecentage of the Journeyman's Wage:

| 1st 0-1000/Hrs. | 60% |
| 2nd 1001-2000/Hrs. | 70% |
| 3rd 2001-3000/Hrs. | 80% |
| 4th 3001-4000/Hrs. | 90% |

Supplemental Benefits per hour:

All APPRENTICES                           $ 28.29
After Forty(40) paid hours in a work Week
                                          $ 17.66

4-1298

| Mason | 07/01/2016 |
|---|---|

**JOB DESCRIPTION** Mason                                                                    **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:                                 07/01/2016

Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 16 of 20 PageID #: 217

Prevailing Wage Rates for 07/01/2016 - 06/30/2017                                Published by the New York State Department of Labor
Last Published on Jul 01 2016                                                                                                Suffolk County

| 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|
| 50% | 60% | 70% | 80% | 90% | 100% |

Supplemental Benefits:
All Apprentices                $ 18.81

4-1Stn

## Mason - Heavy&Highway                                                                07/01/2016

**JOB DESCRIPTION** Mason - Heavy&Highway                          **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:                       07/01/2016

Pointer, Caulkers &             $ 50.04
Cleaners

**SUPPLEMENTAL BENEFITS**
Per Hour:

Pointer, Cleaners &             $ 26.35
Caulkers

**OVERTIME PAY**
See (B, E2, H) on OVERTIME PAGE

**HOLIDAY**
Paid:           See (1) on HOLIDAY PAGE
Overtime:       See (5, 6, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages per hour:

One (1) year terms at the following wage rates.

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| $ 26.52 | $ 27.89 | $ 33.98 | $ 40.80 |

Apprentices Supplemental Benefits:
(per hour paid)

| | | | |
|---|---|---|---|
| $ 12.10 | $ 16.00 | $ 18.75 | $ 19.60 |

4-1PCC

## Operating Engineer - Building                                                        07/01/2016

**JOB DESCRIPTION** Operating Engineer - Building                  **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
BUILDING CATEGORIES:

CLASS " AA "CRANES:
Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane & Pile Driver.

CLASS "A":
Asphalt Spreader, Backhoe Crawler/Hydraulic Excavator (360 upto & over 150,000lbs), Boiler, Boring Machine, Cherry Picker (over 70 tons), Concrete Pump, Gradall, Grader, Hoist, Loading Machine (10 yds. or more), Milling Machine, Power Winch-Stone Setting/Structural Steel & Truck Mounted, Powerhouse, Road Paver, Scoop-Carryall-Scraper in Tandem, Steam Shovel, Sideboom Tractor, Stone Spreader (selfpropelled), Tank Work, Tower Crane Engineer.

CLASS "B":
Backhoe (other than 360), Belt Screte, Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 Tons), Conveyor-Multi, Dinkey Locomotive, Fork Lift, Hoist (2 Drum), Loading Machine & Front Loader, Mulch Machine(Machine Fed), Power Wincher (Not Included in Class "A"), Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scaper, Skid Loader/Skid Steer, Maintenance Man on Tower Crane,Trenching Machine, Vermeer Cutter, Work Boat.

CLASS "C":

Prevailing Wage Rates for 07/01/2016 - 06/30/2017　　Published by the New York State Department of Labor
Last Published on Jul 01 2016　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suffolk County

Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 17 of 20 PageID #: 218

Concrete Saw/Cutter/Breaker, Curb Machine(asphalt & Concrete), Maintenance Engineer (Small Equip. & Well Point), Field Mechanic, Milling Machine (Small), Pulvi Mixer, Pumps(all), Roller(dirt), Vac-All(Truck), Jet Pump(Truck), Interior Hoist, Concrete Finish Machine, Concrete Spreader, Hoist (one drum).

CLASS "D":
Breaker, Conveyer, Curing Machine, Fork Lift or Walk Behind (power operated), Generator, Hydra Hammer, Compactors (mechanical or hand operated), Pin Puller, Portable Heaters, Power Booms, Power Buggies, Pump (double action diaphragm), Ridge Cutter, Robotic Unit Operator, Shot Blaster.

CLASS "E":
Batching Plant, Generator, Grinder, Mixer, Mulching Machine, Oiler, Pump(gypsum), Pump (single action diaphragm), Stump Chipper, Track Tamper, Tractor(caterpiller or wheel), Vibrator, Deckhand on Workboat, Trenching Machine (Hand).

|  | 07/01/2016 | 06/01/2017 |
|---|---|---|
|  |  | Additional |
| Class "AA" | $ 72.62 | $ 3.03/Hr |
| Cranes: Boom length over 100 feet add $ 1.00 per hour |  |  |
| " " " 150 " " $ 1.50 " " |  |  |
| " " " 250 " " $ 2.00 " " |  |  |
| " " " 350 " " $ 3.00 " " |  |  |
|  |  | Additional |
| Class "A" | $ 60.43 | $ 2.80/Hr |
| Add $3.50 for Hazardous Waste Work |  |  |
| Class "B" | $ 57.35 | $ 2.68/Hr |
| Add $2.50 for Hazardous Waste Work |  |  |
| Class "C" | $ 55.29 | $ 2.62/Hr |
| Add $1.50 for Hazardous Waste Work |  |  |
| Class "D" | $ 46.28 | $ 0.00 |
| Add $1.00 for Hazardous Waste Work |  |  |
| Class "E" | $ 44.33 | $ 0.00 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| All Classes | $ 34.65 |
|---|---|
| Overtime Rate | 26.35 |

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid:　　　　　See (5, 6, 15, 16, 25) on HOLIDAY PAGE
Overtime:　　　See (5, 6, 15, 16, 25) on HOLIDAY PAGE
"NOTE" Employee must be Employed day before
and day after Holiday to recieve Holiday Pay.

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Rate:

| 1st Term | $ 20.84 |
|---|---|
| 2nd Term | 21.67 |
| 3rd Term | 22.33 |

Supplemental Benefits per hour:

| All Apprentices | $ 15.64 |
|---|---|
| Overtime Rate | 5.60 |

4-138

## Operating Engineer - Building / Heavy&Highway　　　　　　　　　　　　　　　　　　　07/01/2016

**JOB DESCRIPTION** Operating Engineer - Building / Heavy&Highway　　　　　DISTRICT  4
**ENTIRE COUNTIES**
Nassau, Suffolk
**WAGES**
Per Hour:　　　　　07/01/2016　　　　　　08/01/2016

Case 2:18-cv-04862-RML Document 32-5 Filed 08/24/20 Page 18 of 20 PageID #: 219

Prevailing Wage Rates for 07/01/2017 - 06/30/2018　　　　　　　　　　Published by the New York State Department of Labor
Last Published on Jul 01 2017　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suffolk County

**WAGES**
Laborer (Heavy/Highway):
GROUP # 1: Asphalt Rakers, Concrete Curb Formsetters.
GROUP # 2: Asphalt Shovelers, Roller Boys and Tampers.
GROUP # 3: Basic Laborer, Power Tool(Jackhammer), Landscape Construction, Traffic Control Personnel(flaggers)

WAGES PER HOUR:

|  | 07/01/2017 | 06/01/2018 |
|---|---|---|
| GROUP # 1 | | |
| Total Wage Paid | $ 49.65 | Additional |
| "Base Wage" | 43.52 | $ 2.37 |
| GROUP # 2 | | |
| Total Wage Paid | $ 48.37 | Additional |
| "Base Wage" | 42.24 | $ 2.33 |
| GROUP # 3 | | |
| Total Wage Paid | $ 44.48 | Additional |
| "Base Wage" | 38.35 | $ 2.21 |

NOTE: "Base Wage" for Premium/Overtime calculation Only. $6.13 is differance between "Base" and "Total"

**SUPPLEMENTAL BENEFITS**
Per Hour:
ALL GROUPS　　　　　　　　　　　$ 29.27

After Forty (40)paid hours in a work week
OVERTIME PAY　　　　　　　　　　$ 18.34

**OVERTIME PAY**
OVERTIME PAY
See (B, E2, F) on OVERTIME PAGE
NOTES: Premium/Overtime Pay to be calculated on "Base Wage" ONLY
Example Group# 3: $38.35 X Time and One Half = $57.53 + $6.13 = $63.66
Premium Pay of 30% of base wage for all Straight time hours on all New York State, D.O.T. and other Goverment Mandated Off-Shift Work.
Hazardous Material Work add an Additional 10% of base wage

**HOLIDAY**
HOLIDAY
Paid: See (1) on HOLIDAY PAGE
Overtime: See (1) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
1000 hour(s) Terms at the following Pecentage of the "Base Wage" except
4th Term calculate at Total Wage Paid.

| 1st 0-1000/Hrs. | 60% |
|---|---|
| 2nd 1001-2000/Hrs. | 70% |
| 3rd 2001-3000/Hrs. | 80% |
| 4th 3001-4000/Hrs. | 90% |

Supplemental Benefits per hour:

All APPRENTICES　　　　　　　　$ 29.27
After Forty(40) paid hours in a work Week
　　　　　　　　　　　　　　　　　$ 18.34

4-1298

| Mason | 07/01/2017 |
|---|---|

**JOB DESCRIPTION** Mason　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:　　　　　　　　　　　07/01/2017

Brick/Blocklayer　　　　　　　　　$ 60.18

**SUPPLEMENTAL BENEFITS**

Prevailing Wage Rates for 07/01/2017 - 06/30/2018  Published by the New York State Department of Labor
Last Published on Jul 01 2017                                                                    Suffolk County

Case 2:18-cv-04862-RML   Document 32-5   Filed 08/24/20   Page 19 of 20 PageID #: 220

Pointer, Cleaners & Caulkers       $ 26.00

**OVERTIME PAY**
See (B, E2, H) on OVERTIME PAGE

**HOLIDAY**
Paid:        See (1) on HOLIDAY PAGE
Overtime:    See (5, 6, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages per hour:

One (1) year terms at the following wage rates.

|        | 1st     | 2nd     | 3rd     | 4th     |
|--------|---------|---------|---------|---------|
|        | $ 25.89 | $ 28.97 | $ 34.12 | $ 41.33 |

Apprentices Supplemental Benefits:
(per hour paid)

|        | 1st     | 2nd     | 3rd     | 4th     |
|--------|---------|---------|---------|---------|
|        | $ 13.64 | $ 18.15 | $ 20.90 | $ 21.60 |

4-1PCC

## Operating Engineer - Building                                  07/01/2017

**JOB DESCRIPTION** Operating Engineer - Building                DISTRICT 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
BUILDING CATEGORIES:

CLASS " AA "CRANES:
ABI Machine (150,000lbs and over or 149,999lbs and under when driving steel sheet piles),Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane & Pile Driver, Vertical Drill Rig (115,000lbs and over).

CLASS "A":
ABI Machine (149,999 and under used for augering and drilling), Asphalt Spreader, Backhoe Crawler(360 swing), Barrier Machine, CAP (ice machine), Cherrypicker CAP (over 70 tons), CMI or Maxim Spreader, Concrete Pump, Directional Boring, GradAll, Grader, Hydraulic Cherrypicker/Crane (2seats), Hoist (3drum or multi platform), Laser Screed, Loading Machine (Bucket/CAP 10yrds or more), Milling Machine (Large), Power Winch (stone setting/structural steel), Scoop Carry-All Scraper (in tandem), Sideboom Tractor (includes tank work), Track Alignment Machine, Stone Spreader (self propelled), Striping Machine (long line/truck mounted), Tree Grapple, Zamboni.

CLASS "B":
Backhoe (other than 360), Belt Screte, Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 Tons), Conveyor-Multi, Curb Machine (asphalt or concrete), Dinky Locomotive, Drill Rig (dowels)Fork Lift, Hoist (2 Drum), Loading Machine & Front Loader, Mechanical Compactors (machine drawn), Mulch Machine(Machine Fed), Post Hole/Auger, Power Wincher (Not Included in Class "A"), Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scaper, Skid Loader/Skid Steer/Bobcat, Trenching Machine, Vermeer Cutter, Work Boat, Inspection/Safety Boat.

CLASS "C":
Concrete Finish/Saw/Spreader, Dirt Roller, Hoist (1 drum), Interior Hoist, Milling Machine (small), Oiler Truck Crane (pile work), Power Broom, Vactor Truck, VacAll.

CLASS "D":
Boiler (thermoplastic), Concrete Breaker, Conveyer, Curing Machine, Fork Lift or Walk Behind (power operated), Generator, Hydra Hammer, Compactors (mechanical or hand operated), Maintenance Engineer (small equipment/well point), Mechanic (field man), Micro-Trap with Compressor, Power Winch Truck Mounted, Pin Puller, Portable Heaters, Power Buggies, Pump (double action diaphragm), Pump (4 inch or over), Pump (hydraulic/submersible) Jet Pump, Pulvi-Mixer, Ridge Cutter, Shot Blaster.

CLASS "E":
Batching Plant, Compressor (structural steel/2 or more battery), Generator (small), Grinder, Ground Heater, Power Grinder, Mixer with Skip, Mulching Machine (hand fed), Power Washer, Pumps (up to 3 inch/single action 1 to 3 inches), Pump (gypsum), Root Cutter, Stump Chipper, Track Tamper, Tractor (caterpillar or wheel), Trenching Machine (hand), Welding Machine (pile work/structural steel), Deckhand on Work Boat.

|            | 07/01/2017 | 06/01/2018 Additional |
|------------|------------|-----------------------|
| Class "AA" | $ 73.56    | $ 3.03/Hr             |

Case 2:18-cv-04862-RML Document 32-5 Filed 08/24/20 Page 20 of 20 PageID #: 221

Prevailing Wage Rates for 07/01/2017 - 06/30/2018 Published by the New York State Department of Labor
Last Published on Jul 01 2017
Suffolk County

Cranes: Boom length over 100 feet add $ 1.00 per hour
" " " 150 " " $ 1.50 " "
" " " 250 " " $ 2.00 " "
" " " 350 " " $ 3.00 " "

|  |  | Additional |
|---|---|---|
| Class "A" Add $3.50 for Hazardous Waste Work | $ 61.03 | $ 2.80/Hr |
| Class "B" Add $2.50 for Hazardous Waste Work | $ 57.86 | $ 2.68/Hr |
| Class "C" Add $1.50 for Hazardous Waste Work | $ 55.74 | $ 2.62/Hr |
| Class "D" Add $1.00 for Hazardous Waste Work | $ 44.18 | $ 0.00 |
| Class "E" | $ 42.23 | $ 0.00 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| All Classes | $ 36.65 |
|---|---|
| Overtime Rate | 30.35 |

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 6, 15, 16, 25) on HOLIDAY PAGE
Overtime: See (5, 6, 15, 16, 25) on HOLIDAY PAGE
"NOTE" Employee must be Employed day before
and day after Holiday to recieve Holiday Pay.

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Rate:

| 1st Term | $ 20.84 |
|---|---|
| 2nd Term | 21.67 |
| 3rd Term | 22.33 |

Supplemental Benefits per hour:

| All Apprentices | $ 15.64 |
|---|---|
| Overtime Rate | 5.60 |

4-138

## Operating Engineer - Building / Heavy&Highway                                          07/01/2017

**JOB DESCRIPTION** Operating Engineer - Building / Heavy&Highway          **DISTRICT  4**

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
| Per Hour: | 07/01/2017 | 08/01/2017 |
|---|---|---|
| Well Driller | $ 35.75 | $ 36.07 |
| Well Driller Helper | $ 31.22 | $ 31.39 |

Hazardous Waste Differential
Added to Hourly Wage:
| Level A | $ 3.00 |
|---|---|
| Level B | 2.00 |
| Level C | 1.00 |

Monitoring Well Work
Add to Hourly Wage:
| Level A | $ 3.00 |
|---|---|
| Level B | 2.00 |

Page 1883