EXHIBIT "F"

| Date | Date | Date | Date |
|---|---|---|---|
| 8/11/2018 | meet with clients | 3.50 | 1225 |
| 8/22/2018 | draft complaint | 2.6 | 910 |
| | work on damages calculations spreadsheet | 1.5 | 525 |
| 8/29/2018 | draft foil request to Half Hollow Library | 0.5 | 175 |
| 9/13/2018 | draft foil requests for three school district one fire department and house project in the Bronx. | 2.5 | 875 |
| 9/20/2018 | calculate damages | 2 | 700 |
| 9/20/2018 | contact department of labor obtain classfication and prevailing wage schedules | 0.6 | 210 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/26/2018 | send out FOIL request village of Lynbrook | 0.4 | 140 |
| 11/1/2018 | draft automatic disclsoure | 1.2 | 420 |
| 12/11/2018 | compile response to court ordered intial responses | 1 | 350 |
| 12/12/2018 | compile responses to court ordered intial responses | 0.5 | 175 |
| 12/13/2018 | translate notice of pendency to spanish | 0.5 | 175 |
| 12/13/2018 | send out notice of pendency | 2 | 700 |
| 12/18/2018 | work on responses to court ordered interr. | 1.2 | 420 |
| 1/3/2019 | finish responses and compile documents to Court ordered interr. | 2.00 | 700 |
| 1/3/2019 | work on damages calculation for Wilmer Reyes | 2.50 | 875 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/4/2019 | compile documents. Get them ready to be sent to Dan. | 1.90 | 665 |
| 1/15/2019 | send Foil Request to Port Authority | 1.20 | 420 |
| 1/15/2019 | contact David White from NYSLabor Department to ascertain threshold amount on prevailing wage contracts. | 1.00 | 350 |
| 1/15/2019 | review def. doc. Production | 1.50 | 525 |
| 1/15/2019 | conform damages cal. To def. submissions | 1.80 | 630 |
| 1/16/2019 | meet with Yonis Reyes go over case. File consent to jonder | 1.00 | 350 |
| 1/17/2019 | calculate damages for Yonis Reyes | 0.70 | 245 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/31/2019 | meet with Sanots Hernandez go over def. submissions | 1.00 | 350 |
| 1/31/2019 | rework spreadsheet based on time schedules | 3.20 | 1120 |
| 2/1/2019 | input hours based on def. time schedules. | 6.00 | 2100 |
| 2/1/2019 | meet with Wilmer Reyes go over documents and NYLL 195 form | 0.80 | 280 |
| 2/7/2019 | speak with Fredis Delgado establish actual rate of pay. Rework his damages calculations | 0.60 | 210 |
| 2/11/2019 | send email to Mr. Pasquale requesting documents for Yonis Reyes | 0.20 | 70 |
| 4/4/2019 | work on position statement | 2.00 | 700 |
| 4/5/2019 | work on mediation position statement | 2.00 | 700 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/12/2019 | mmet with plaintiff go over mediation procedure and what to expect. | 1.00 | 350 |
| 4/12/2019 | attend mediation with Patrick Mckenna. | 2.70 | 945 |
| 5/2/2019 | three way telephone conference with Judge Levy | 0.70 | 245 |
| 5/7/2019 | draft subpeona to be SO Ordered by Judge Levy | 1.30 | 455 |
| 5/7/2019 | write Judge Levy letter asking him to SO Order Subpoena | 0.30 | 105 |
| 5/30/2019 | speak to Natalie Russel at General Counsel office regarding responses or lack there of to So Ordered Federal Subpeona | 0.40 | 140 |
| 6/3/2019 | draft plaintiffs demand for documents | 1.30 | 455 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/18/2019 | telephone conferece with Judge Levy | 0.50 | 175 |
| 6/24/2019 | crunch number offer counter offer of 445,000 | 1.30 | 455 |
| 7/8/2019 | participate in conference with Judge Levy. Speak with Dan about settlement after conference with Judge Levy | 1.00 | 350 |
| 9/20/2019 | draft deposition questions for Hernandez | 1.70 | 595 |
| 9/21/2019 | draft deposition questions for Ferdis Delgado | 1.50 | 525 |
| 9/22/2019 | Manuel Nieves review his payroll documents | 1.50 | 525 |
| 9/23/2019 | Ivan Delgado review his payroll documents | 1.00 | 350 |
| 9/24/2019 | draft deposition questions Wilmer Reyes | 1.70 | 595 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/25/2019 | Manuel Campos review his payroll documents | 1.50 | 525 |
| 10/2/2019 | telephone confernce Judge Levy. | 0.40 | 140 |
| 3/`2/2020 | telephone conference with Judge Levy | 0.50 | 175 |
| 8/9/2020 | work on notice of default and order | 0.30 | 105 |
| 8/10/2020 | work on declartion for default | 3.50 | 1225 |
| 8/17/2020 | draft affidavits, work on attorney fee section of the brief. | 2.40 | 840 |
| 8/18/2020 | meet with Yonis Reyes and Manuel Campos go over their affidavit. Discuss case. Answer questions | 2.00 | 700 |
| 8/19/2020 | final draft of motion | 2.30 | 805 |
| 8/20/2020 | put motion in final, draft orders, collect exhibts. | 2.70 | 945 |
|  |  | 82.90 | 29015 |