EXHIBIT "G"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANTOS HERNANDEZ, FERDIS DELGADO
and MANUEL CAMPOS on behalf of
themselves and others Similarly situated

       Plaintiffs,          18-cv-04862-RJD-RML

  -  against –          **CERTIFICATE OF DEFAULT**

QUALITY BLACTOP SERVICES, INC.,
STEVE HELLERMAN DRIVEWAYS CORP.,
KARLINE KELLERMAN in her individual capacity
       Defendants.
------------------------------------------------------------X

  I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants Quality Blacktop Services Inc., Steve Hellerman Driveways Corp., and Karline Hellerman have not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendants Quality Blacktop Services Inc., Steve Hellerman Driveways Corp., and Karline Hellerman is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
   August 21, 2020

                DOUGLAS C. PALMER, Clerk of the Court
              By: ___*Jalitza Poveda*___
                   Deputy Clerk