EXHIBIT "H"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SANTOS HERNANDEZ, FERDIS DELGADO,    ECF
AND MANUEL CAMPOS
On behalf of themselves and others similarly
situated                                                    :
                                                            :    No. 18 CV-4862
                          Plaintiffs,                       :
                                                            :
          -against-                                         :    **DECLARATION OF SERVICE**
                                                            :
QUALITY BLACKTOP SERIVES, Inc., STEVE
HELLERMAN DRIVEWAS CORP.,
KARLINE HELLERMAN
In her individual capacity                                  :
                                                            :
                          Defendants.                       :
---------------------------------------------------------------X

DELVIS MELENDEZ declares, under penalty of perjury:

    1.    I am the attorney for the plaintiffs in the above mentioned matter, and have personal knowledge of the facts set forth in this Declaration, the source of my knowledge being the files and records maintained by myself in this matter.

    2.    I submit this Declaration in support of Plaintiffs' request for default judgment and an award damages and attorney's fees.

    3.    The Declaration of Delvis Melendez for a Certificate of Default was served by certified mail upon Quality Black Top Services, Steve Hellerman Driveways Corp., and Karline Hellerman on August 24, 2020.

    4.    Attached to the Declaration of Delvis Melendez for Certificate of Default and also served upon defendants by certified mail were:

Exhibit A are true and accurate copies of affidavits of services for the summons and complaint.

4. Attached as Exhibit B are true and accurate copies of Division of Corporation Certificate filed with Secretary of State.

5. Attached as Exhibit C are true and accurate copies of Plaintiffs affidavits.

6. Attached as Exhibit D are true and accurate Plaintiffs spreadsheets establish damages calculations.

7. Attached as Exhibit E are true and accurate are the prevailing wage schedules for the relevant years and classifications.

8. Attached as Exhibit F are true and accurate copies of Plaintiffs' counsel time records.

9. Attached as Exhibit G are true and accurate copies of the Certificate of Default issued by the District Clerk on August 21, 2020.

10. Attached as Exhibit H are true and accurate copies of Declaration of Service.


Dated: August 24, 20200
      Brentwood, New York

                                    /S/ Delvis Melendez
                                    Delvis Melendez,
                                    Law Offices of Delvis Melendez, P.C
                                    90 Bradley Street
                                    Brentwood, New York 11717